UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BIDSPOTTER, INC.,

                              Plaintiff,

-against-

KOSTER INDUSTRIES, INC.,

                              Defendant.

**REQUEST FOR CERTIFICATE OF DEFAULT**

Case No. 2:21-cv-01726 (DG-AKT)

TO:    DOUGLAS PALMER
          UNITED STATES DISTRICT COURT
          EASTERN DISTRICT OF NEW YORK

Please enter the default of defendant Koster Industries Inc. pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend this action as fully appears from the court file herein and from the attached Declaration of Dustin Grant.

Dated: New York, New York
           May 12, 2021

Dustin Grant
Hoguet Newman Regal & Kenney, LLP
One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
Phone: 212-689-8808