UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIDSPOTTER, INC., <br><br> Plaintiff, <br><br> -against- <br><br> KOSTER INDUSTRIES, INC., <br><br> Defendant. | **MOTION FOR DEFAULT JUDGMENT** <br><br> Case No. 2:21-cv-01726 (DG-AKT) |

Plaintiff BidSpotter, Inc. hereby moves the Court pursuant to Federal Rule of Civil Procedure 55(b)(1) and Local Civil Rule 55.2(a) to enter default judgment in favor of plaintiff and against defendant Koster Industries Inc. on the grounds that said defendants failed to answer or otherwise defend against the complaint.

Dated: New York, New York
      May 21, 2021

Damian R. Cavaleri
Dustin Grant
Hoguet Newman Regal & Kenney, LLP
One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
Phone: 212-689-8808

*Attorneys for Plaintiff BidSpotter, Inc.*