# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BIDSPOTTER, INC.,

                                                   Plaintiff,

-against-

KOSTER INDUSTRIES, INC.,

                                                  Defendant.

Case No. 2:21-cv-01726 (DG-AKT)

## JUDGMENT FOR SUM CERTAIN BY DEFAULT

The Summons and Complaint in this action having been duly served on the above-named Defendant Koster Industries Inc. on April 12, 2021, and said defendant having failed to plead or otherwise defend this action, and upon the annexed declaration of Dustin Grant, sworn to on May 21, 2021 and the exhibits annexed thereto,

**NOW, ON THE MOTION** of Hoguet Newman Regal and Kenney, LLP, attorneys for the Plaintiff, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure and Rule 55.2(a) of the Local Rules of Practice of the United States District Court for the Eastern District of New York, it is hereby

**ADJUDGED** that the plaintiff BidSpotter, Inc. recover from the defendant, Koster Industries Inc. having an address at 40 Daniel Street, Suite #2, Farmingdale, NY 11735, the sum of **$175,762.85**, which is the sum of $167,148.95 in the damages amount claimed, plus $8,613.90 for statutory interest accrued from the date of breach of October 24, 2020 through May 21, 2021, plus interest going forward on the judgment at the legal rate until the judgment is satisfied, and that the Plaintiff have execution therefore.

_____
**DOUGLAS C. PALMER, CLERK OF THE COURT UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

JUDGMENT ENTERED THIS _____DAY OF _____, 2021