# EXHIBIT B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BIDSPOTTER, INC.,

Plaintiff,

-against-

KOSTER INDUSTRIES, INC.,

Defendant.

Case No.

**COMPLAINT**

Plaintiff BidSpotter, Inc. ("BidSpotter"), by its undersigned attorneys, as and for their Complaint against Defendant Koster Industries, Inc. ("Koster Industries"), alleges as follows:

## NATURE OF THE ACTION

1.      This action concerns 23 unpaid invoices for services related to successful auctions occurring during the months of December 2019 through September 2020 that Plaintiff BidSpotter hosted on its online platform on behalf of defendant Koster Industries.

2.      Despite agreeing to pay a 3% transaction-based fee and a $375.00 Timed Online Only Auction Event Fee for each of those auctions, Koster Industries has failed to remit full payment for its use of BidSpotter's services.  In total, the balance due to BidSpotter from these auctions is $167,148.95.

## THE PARTIES

3.      Plaintiff BidSpotter is a business entity organized and existing under the laws of the state of Delaware, with its principal place of business in Omaha, Nebraska.

4.      Upon information and belief, defendant Koster Industries is a business entity organized and existing pursuant to the laws of the state of New York with its principal place of business located in Farmingdale, NY.

## JURISDICTION AND VENUE

5.     This Court has jurisdiction pursuant to 28 U.S.C. § 1332 because the parties are of diverse citizenship and the amount in controversy exceeds seventy-five thousand dollars ($75,000), exclusive of interest and costs.

6.     Venue in this District is proper under 28 U.S.C. § 1391(b) and (d) because a substantial part of the events and omissions giving rise to the controversy occurred in this District, and Koster Industries transacts business and is subject to personal jurisdiction in this District

## FACTUAL BACKGROUND

7.     Plaintiff BidSpotter organizes and hosts online auctions where licensed auctioneers and individual cosigners can offer assets for sale.  BidSpotter primarily hosts auctions for equipment used in the industrial, commercial, construction, metalworking, agricultural, and food & beverage industries.

8.     Up until September 2020, when BidSpotter closed Koster Industries' account for non-payment, BidSpotter had hosted numerous online auctions on behalf of Koster Industries. Each auction lasted for differing amounts of time, but typically had a duration of roughly two-months before closing.

9.     Pursuant to Auction Event Forms executed shortly before each respective online auction, Defendant Koster Industries agreed to pay BidSpotter a $375.00 Timed Online Only Auction Event Fee and a transaction-based fee of 3% of the aggregate hammer price paid by online bidders placing the winning bid for auctioned items, in exchange for BidSpotter's services.

10.     Shortly after the conclusion of each of these auctions, BidSpotter provided Koster Industries with separate invoices, each requiring payment roughly two weeks after the date of

invoice.  The most recent invoice was dated October 9, 2020, with a payment due date of October 24, 2020.

11.     At no point did Koster Industries object to BidSpotter's invoices or challenge their validity or accuracy in any way.

12.     Defendant Koster Industries made partial payments on the outstanding balance due through a payment of $35,905.43 on April 3, 2020 and a payment of $78,270.65 August 18, 2020.

13.     To date, however, Koster Industries remains in default on 23 of the remaining invoices from auctions occurring from the period of December 2019 to September 2020.  The total amount due on these invoices is $167,148.95 as provided below:

| Event # | Invoice Number | Inv Date | Due Date | Open Balance |
|---|---|---|---|---|
| bscko10407 | 36590 | 01/30/2020 | 02/14/2020 | 1,749.75 |
| bscko10406 | 36668 | 01/31/2020 | 02/15/2020 | 1,494.45 |
| bscko10405 | 36709 | 02/07/2020 | 02/22/2020 | 2,775.30 |
| bscko10404 | 36777 | 02/17/2020 | 03/03/2020 | 1,599.00 |
| bscko10409 | 36783 | 02/18/2020 | 03/04/2020 | 994.80 |
| bscko10408 | 36850 | 02/27/2020 | 03/13/2020 | 3,600.75 |
| bscko10410 | 36871 | 02/29/2020 | 03/15/2020 | 7,173.75 |
| bscko10411 | 36963 | 03/12/2020 | 03/27/2020 | 1,250.00 |
| bscko10411 | 37033 | 03/23/2020 | 04/07/2020 | 10,011.75 |
| bscko10412 | 37081 | 03/24/2020 | 04/08/2020 | 1,837.50 |
| bscko10414 | 37150 | 03/31/2020 | 04/15/2020 | 749.10 |
| bscko10413 | 37163 | 03/31/2020 | 04/15/2020 | 1,815.75 |
| bscko10415 | 37185 | 04/07/2020 | 04/22/2020 | 1,087.50 |
| bscko10417 | 37259 | 04/24/2020 | 05/09/2020 | 2,108.55 |
| bscko10416 | 37509 | 05/31/2020 | 06/15/2020 | 566.70 |
| bscko10418 | 38035 | 07/28/2020 | 08/12/2020 | 98,788.95 |
| bscko10420 | 38087 | 07/31/2020 | 08/15/2020 | 504.60 |
| bscko10419 | 38107 | 07/31/2020 | 08/15/2020 | 3,086.55 |
| bscko10421 | 38293 | 08/26/2020 | 09/10/2020 | 14,438.85 |
| bscko10423 | 38351 | 08/31/2020 | 09/15/2020 | 1,522.35 |
| bscko10422 | 38399 | 09/09/2020 | 09/24/2020 | 3,246.30 |
| bscko10424 | 38446 | 09/11/2020 | 09/26/2020 | 5,098.05 |
| bscko10425 | 38704 | 10/09/2020 | 10/24/2020 | 1,648.65 |

**TOTAL BALANCE DUE**                    $    167,148.95

3

14.     The above-referenced invoices are attached hereto as Exhibit A.

15.     Despite BidSpotter's numerous attempts to contact Defendant Koster Industries regarding these outstanding payments, Koster Industries has failed to remit the full amount due to BidSpotter.

16.     Presently, the total balance due to BidSpotter is $167,148.95.

### FIRST CAUSE OF ACTION
### <u>(Breach of Contract)</u>

17.     Plaintiff BidSpotter repeats and realleges the allegations contained in the foregoing paragraphs as if fully set forth herein.

18.     From the period of December 2019 to September 2020, Plaintiff BidSpotter and Defendant Koster Industries entered into 22 separate agreements for Plaintiff to host auctions on behalf of Defendant on its online auction platform.

19.     These agreements were valid and enforceable contracts between Plaintiff BidSpotter and Defendant Koster Industries.

20.     Plaintiff BidSpotter fully and faithfully performed any and all obligations to Defendant Koster Industries under each of these agreements, issuing 23 invoices related to such services rendered.

21.     Defendant Koster Industries has breached each of these agreements by failing to remit payment, as provided for under each respective agreement.

22.     As a direct and proximate result of Defendant's breaches, Plaintiff has been damaged in an amount to be determined in this action, but in no event less than $167,148.95.

## SECOND CAUSE OF ACTION
### (Account Stated)

23.     Plaintiff BidSpotter repeats and realleges the allegations contained in the foregoing paragraphs as if fully set forth herein.

24.     Plaintiff BidSpotter has provided Defendant Koster Industries with dozens of invoices seeking payment for Koster Industries' use of BidSpotter's services rendered.

25.     Defendant Koster Industries has failed to object to any of these invoices.

26.     To date, Defendant Koster Industries has failed to satisfy the account stated. Specifically, Koster Industries has failed to remit payment on 23 of the invoices that it has received.

27.     True and correct copies of the outstanding invoices are collected in Exhibit A attached hereto.

28.     As a result of the forgoing, Defendant Koster Industries is liable to Plaintiff BidSpotter in the amount in an amount to be determined in this action, but in no event less than $167,148.95.


WHEREFORE, Plaintiff BidSpotter, Inc. requests that the Court enter judgment in its favor:

a.     On the First Cause of Action, in an amount to be determined in this action, but in no event less than $167,148.95, plus interest, costs, and disbursements;

b.     On the Second Cause of Action, in an amount to be determined in this action, but in no event less than $167,148.95, plus interest, costs, and disbursements; and

c.     Such other and further relief as the Court deems just and proper.

Dated:  March 30, 2021

HOGUET NEWMAN
REGAL & KENNEY, LLP


_____
Damian R. Cavaleri
Dustin Grant
One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
Phone: 212-689-8808
Fax: 212-689-5101
*Attorneys for*
*Plaintiff BidSpotter, Inc.*

# Exhibit A

BidSpotter, Inc.

**Invoice**

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|------|-----------|
| 1/30/2020 | 36590 |

| **Bill To** |
|-------------|
| Koster Industries, Inc.<br>40 Daniel St<br>Farmingdale, NY 11735 |

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 01/21/2020 | Net 15 | 2/14/2020 | H_TMH | Timed | bscko10407 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Surplus Bridge & Highway Maintenance Equipment Auction | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 45,825 | 0.03 | 1,374.75 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing:
Acct.#:
SWIFT BIC:

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

| **Total** | $1,749.75 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,749.75 |

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|------|-----------|
| 1/31/2020 | 36668 |

**Bill To**

Koster Industries, Inc.
40 Daniel St
Farmingdale, NY 11735

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 01/23/2020 | Net 15 | 2/15/2020 | H_TMH | Timed | bscko10406 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - CNC Prototype Machining Facility | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 37,315 | 0.03 | 1,119.45 |

**Everyone at BidSpotter.com thanks you for your business!
Please let us know how we may serve you!**

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing:
Acct.#
SWIFT BIC:

**Please Reference Invoice#
on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

| Total | $1,494.45 |
|-------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,494.45 |

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|------|-----------|
| 2/7/2020 | 36709 |

| **Bill To** |
|---|
| Koster Industries, Inc.<br>40 Daniel St<br>Farmingdale, NY 11735 |

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 01/28/2020 | Net 15 | 2/22/2020 | H_TMH | Timed | bscko10405 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Surplus Machinery to a Well Maintained CNC Shop | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 80,010 | 0.03 | 2,400.30 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing:
Acct.#: ▮▮▮▮
SWIFT BIC: ▮▮▮▮▮

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

| **Total** | $2,775.30 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,775.30 |

BidSpotter, Inc.

# Invoice

**REMITTANCE ADDRESS:**
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|------|-----------|
| 2/17/2020 | 36777 |

| **Bill To** |
|---|
| Koster Industries, Inc.<br>40 Daniel St<br>Farmingdale, NY 11735 |

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|-----------|-------|----------|-----------|------------|--------------|----------|
| 02/05/2020 | Net 15 | 3/3/2020 | H_TMH | Timed | bscko10404 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Various Eyelet Press Auction - Assets No Longer Needed to the Continuing Operations of Seidel | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 40,800 | 0.03 | 1,224.00 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing: ███
Acct.#: ███
SWIFT BIC: ███

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

| **Total** | $1,599.00 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,599.00 |

BidSpotter, Inc.

**Invoice**

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|------|-----------|
| 2/18/2020 | 36783 |

| **Bill To** |
|---|
| Koster Industries, Inc.<br>40 Daniel St<br>Farmingdale, NY 11735 |

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|-----------|-------|----------|-----------|-----------|--------------|----------|
| 02/06/2020 | Net 15 | 3/4/2020 | H_TMH | Timed | bscko10409 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Machinery and Equipment Surplus to Rashbel Major Jewelry Manufacturer | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 20,660 | 0.03 | 619.80 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

| **Total** | $994.80 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $994.80 |

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing: ███
Acct.#: ███
SWIFT BIC: ███

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

BidSpotter, Inc.

**REMITTANCE ADDRESS:**
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

# Invoice

| Date | Invoice # |
|------|-----------|
| 2/27/2020 | 36850 |

**Bill To**

Koster Industries, Inc.
40 Daniel St
Farmingdale, NY 11735

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 02/13/2020 | Net 15 | 3/13/2020 | H_TMH | Timed | bscko10408 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Surplus to the Continuing Operations of a Major Aluminum Recycling Facility | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 107,525 | 0.03 | 3,225.75 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing:
Acct.#:
SWIFT BIC:

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

| Total | $3,600.75 |
|-------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,600.75 |

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|------|-----------|
| 2/29/2020 | 36871 |

| **Bill To** |
|---|
| Koster Industries, Inc.<br>40 Daniel St<br>Farmingdale, NY 11735 |

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|-----------|-------|----------|-----------|------------|--------------|----------|
| 02/19/2020 | Net 15 | 3/15/2020 | H_TMH | Timed | bscko10410 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Production CNC Machining Facility - RSJ Technologies, LLC | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 226,625 | 0.03 | 6,798.75 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

| **Total** | $7,173.75 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $7,173.75 |

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing:
Acct.#:
SWIFT BIC:

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|---|---|
| 3/12/2020 | 36963 |

| **Bill To** |
|---|
| Koster Industries, Inc.<br>40 Daniel St<br>Farmingdale, NY 11735 |

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|---|---|---|---|---|---|---|
| 03/10/2020 | Net 15 | 3/27/2020 | H_TMH | Marketing | bscko10411 | BidM-12415 |

| Item | Description | US Hammer | Rate | US Dollar |
|---|---|---|---|---|
| 750 - Email C... | Email Campaigns - Well-Maintained HVAC Facility - Elmsford Sheet Metal Works, Inc. | | 1,250.00 | 1,250.00 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing: ███
Acct.#: ███
SWIFT BIC: ███

**Please Reference Invoice#
on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

| **Total** | $1,250.00 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,250.00 |

BidSpotter, Inc.

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/23/2020 | 37033 |

**Bill To**

Koster Industries, Inc.
40 Daniel St
Farmingdale, NY 11735

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 03/10/2020 | Net 15 | 4/7/2020 | H_TMH | Timed | bscko10411 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Well-Maintained HVAC Facility - Elmsford Sheet Metal Works, Inc. | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 321,225 | 0.03 | 9,636.75 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing:
Acct.#: ▮▮▮▮▮▮
SWIFT BIC: ▮▮▮▮▮▮

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

| Total | $10,011.75 |
|-------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $10,011.75 |

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

| Date | Invoice # |
|------|-----------|
| 3/24/2020 | 37081 |

Phone: 253-858-6777

| **Bill To** |
|-------------|
| Koster Industries, Inc.<br>40 Daniel St<br>Farmingdale, NY 11735 |

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 03/12/2020 | Net 15 | 4/8/2020 | H_TMH | Timed | bscko10412 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Surplus To The Needs of a Major Northeast Fabricator | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 48,750 | 0.03 | 1,462.50 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing:
Acct.#:
SWIFT BIC:

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

| **Total** | $1,837.50 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,837.50 |

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|------|-----------|
| 3/31/2020 | 37150 |

## Bill To

Koster Industries, Inc.
40 Daniel St
Farmingdale, NY 11735

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 03/19/2020 | Net 15 | 4/15/2020 | H_TMH | Timed | bscko10414 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Wire Display Manufacturer - Utility Engineering Company | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 12,470 | 0.03 | 374.10 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

| Total | $749.10 |
|-------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $749.10 |

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing:
Acct.#:
SWIFT BIC:

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|---|---|
| 3/31/2020 | 37163 |

| **Bill To** |
|---|
| Koster Industries, Inc.<br>40 Daniel St<br>Farmingdale, NY 11735 |

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|---|---|---|---|---|---|---|
| 03/24/2020 | Net 15 | 4/15/2020 | H_TMH | Timed | bscko10413 | |

| Item | Description | US Hammer | Rate | US Dollar |
|---|---|---|---|---|
| 300 - Event Fe... | Timed - Event Fee - Surplus To The Needs of a Metal Furniture Manufacturer | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 48,025 | 0.03 | 1,440.75 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

Wire Transfer Information
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing:
Acct.#:
SWIFT BIC:

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

| **Total** | $1,815.75 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,815.75 |

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|------|-----------|
| 4/7/2020 | 37185 |

| **Bill To** |
|---|
| Koster Industries, Inc.<br>40 Daniel St<br>Farmingdale, NY 11735 |

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|-----------|-------|----------|-----------|-----------|--------------|----------|
|  | Net 15 | 4/22/2020 | H_TMH | Timed | bscko10415 |  |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Koster Industries Inc. March 2020 Consignment Auction |  | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 23,750 | 0.03 | 712.50 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

| **Total** | $1,087.50 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,087.50 |

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing: ████
Acct.#: ████
SWIFT BIC: ████

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|------|-----------|
| 4/24/2020 | 37259 |

| **Bill To** |
|---|
| Koster Industries, Inc.<br>40 Daniel St<br>Farmingdale, NY 11735 |

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 04/14/2020 | Net 15 | 5/9/2020 | H_TMH | Timed | bscko10417 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - CNC Machine Shop – Accu-Tech Machine Co. | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 57,785 | 0.03 | 1,733.55 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

| | |
|---|---|
| **Total** | $2,108.55 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,108.55 |

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing: ███
Acct.#: ███
SWIFT BIC: ███

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|------|-----------|
| 5/31/2020 | 37509 |

| **Bill To** |
|---|
| Koster Industries, Inc.<br>40 Daniel St<br>Farmingdale, NY 11735 |

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 05/14/2020 | Net 15 | 6/15/2020 | H_TMH | Timed | bscko10416 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Koster Industries Inc. May 2020 Consignment Auction | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 6,390 | 0.03 | 191.70 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

| **Total** | $566.70 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $566.70 |

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing:
Acct.#:
SWIFT BIC:

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|------|-----------|
| 7/28/2020 | 38035 |

**Bill To**

Koster Industries, Inc.
40 Daniel St
Farmingdale, NY 11735

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 07/14/2020 | Net 15 | 8/12/2020 | H_TMH | Timed | bscko10418 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Surplus to the Needs of Tier 1 Automotive Supplier – Featuring 2015 AIDA SERVO PRESS BRAND NEW, NEVER INSTALLED | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 3,280,465 | 0.03 | 98,413.95 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing: ███████
Acct.#: █████
SWIFT BIC: █████

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

| Total | $98,788.95 |
|-------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $98,788.95 |

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|------|-----------|
| 7/31/2020 | 38087 |

| **Bill To** |
|---|
| Koster Industries, Inc.<br>40 Daniel St<br>Farmingdale, NY 11735 |

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 07/21/2020 | Net 15 | 8/15/2020 | H_TMH | TIMED | bscko10420 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Surplus to the Continuing Operations of C-D Professional Services | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 4,320 | 0.03 | 129.60 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

| Total | $504.60 |
|-------|---------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $504.60 |

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing:
Acct.#:
SWIFT BIC:

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|------|-----------|
| 7/31/2020 | 38107 |

**Bill To**

Koster Industries, Inc.
40 Daniel St
Farmingdale, NY 11735

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 07/22/2020 | Net 15 | 8/15/2020 | H_TMH | TIMED | bscko10419 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Solar Panel Manufacturing Facility | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 90,385 | 0.03 | 2,711.55 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing:
Acct.#:
SWIFT BIC:

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

| | |
|---|---|
| **Total** | $3,086.55 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,086.55 |

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

| Date | Invoice # |
|------|-----------|
| 8/26/2020 | 38293 |

Phone: 253-858-6777

| **Bill To** |
|---|
| Koster Industries, Inc.<br>40 Daniel St<br>Farmingdale, NY 11735 |

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|---|---|---|---|---|---|---|
| 08/11/2020 | Net 15 | 9/10/2020 | H_TMH | Timed | bscko10421 | |

| Item | Description | US Hammer | Rate | US Dollar |
|---|---|---|---|---|
| 300 - Event Fe... | Timed - Event Fee - Well Known Machine Tool Dealer - Action Machinery - Property Sold! | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 468,795 | 0.03 | 14,063.85 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

| **Total** | $14,438.85 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $14,438.85 |

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing:
Acct.#:
SWIFT BIC:

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|------|-----------|
| 8/31/2020 | 38351 |

**Bill To**

Koster Industries, Inc.
40 Daniel St
Farmingdale, NY 11735

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 08/19/2020 | Net 15 | 9/15/2020 | H_TMH | Timed | bscko10423 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Surplus to the Ongoing Operations of a Major Lighting Company | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 38,245 | 0.03 | 1,147.35 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing:
Acct.#:
SWIFT BIC:

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

| | |
|---|---|
| **Total** | $1,522.35 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,522.35 |

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|------|-----------|
| 9/9/2020 | 38399 |

| **Bill To** |
|---|
| Koster Industries, Inc.<br>40 Daniel St<br>Farmingdale, NY 11735 |

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 08/25/2020 | Net 15 | 9/24/2020 | H_TMH | Timed | bscko10422 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Complete Machine Shop & 2012 Water Jet System | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 95,710 | 0.03 | 2,871.30 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

| **Total** | $3,246.30 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,246.30 |

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing:
Acct.#:
SWIFT BIC:

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|------|-----------|
| 9/11/2020 | 38446 |

**Bill To**

Koster Industries, Inc.
40 Daniel St
Farmingdale, NY 11735

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 09/01/2020 | Net 15 | 9/26/2020 | H_TMH | Timed | bscko10424 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - Central Machining Specialties - Complete CNC Machining Facility | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 157,435 | 0.03 | 4,723.05 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

| | |
|---|---|
| **Total** | $5,098.05 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $5,098.05 |

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing:
Acct.#:
SWIFT BIC:

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

BidSpotter, Inc.

# Invoice

REMITTANCE ADDRESS:
PO BOX 34628 #69554
SEATTLE, WA 98124-1628

Phone: 253-858-6777

| Date | Invoice # |
|------|-----------|
| 10/9/2020 | 38704 |

**Bill To**

Koster Industries, Inc.
40 Daniel St
Farmingdale, NY 11735

| Event Date | Terms | Due Date | Sales Rep | Technician | Event Number | Campaign |
|------------|-------|----------|-----------|------------|--------------|----------|
| 09/29/2020 | Net 15 | 10/24/2020 | H_TMH | Timed | bscko10425 | |

| Item | Description | US Hammer | Rate | US Dollar |
|------|-------------|-----------|------|-----------|
| 300 - Event Fe... | Timed - Event Fee - MAGNA INDUSTRIES, INC | | 375.00 | 375.00 |
| 310 - Online P... | Timed - Online Purchase Fee | 42,455 | 0.03 | 1,273.65 |

**Everyone at BidSpotter.com thanks you for your business!**
**Please let us know how we may serve you!**

**Wire Transfer Information**
HSBC BANK USA NA
452 5th AVE
New York, NY 10018
BidSpotter, Inc.
ABA-Routing:
Acct.#:
SWIFT BIC:

**Please Reference Invoice#**
**on Wire or ACH**

**For Check Payments**

Please Mail to Above Address

| **Total** | $1,648.65 |
|-----------|-----------|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $1,648.65 |