# EXHIBIT C

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BIDSPOTTER, INC.,

                              Plaintiff,

-against-

KOSTER INDUSTRIES, INC.,

                              Defendant.

**CERTIFICATE OF DEFAULT**

Case No. 2:21-cv-01726 (DG-AKT)

      I, Douglas C. Palmer, Clerk of Court of the United States District Court for the Eastern District of New York, do hereby certify that the defendant Koster Industries Inc. has not filed an answer or otherwise moved with respect to the complaint herein. The default of defendant Koster Industries Inc is hereby noted pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

Dated:   Brooklyn, New York

         May 19, 2021

DOUGLAS C. PALMER, Clerk of Court

By: ___*Jalitza Poveda*___ Deputy Clerk