UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIDSPOTTER, INC., | |
| Plaintiff, | **DECLARATION OF SERVICE** |
| -against- | |
| KOSTER INDUSTRIES, INC., | Case No. 2:21-cv-01726 (DG-AKT) |
| Defendant. | |

I, DUSTIN GRANT, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. On the 21th day of May 2021, I caused to be sent from 539 Atlantic Ave., Brooklyn, New York by Certified U.S. Mail the following: First MOTION for Default Judgment by BidSpotter, Inc. (Attachments: # 1 Declaration in Support of Motion for Default Judgment, # 2 Exhibit A - Proposed Judgment, # 3 Exhibit B - Complaint, # 4 Exhibit C - Certificate of Default) (ECF No. 14).

2. The forgoing documents were sent to the following address, which the registered business address of defendant Koster Industries Inc.:

> KOSTER INDUSTRIES INC.
> 40 DANIEL ST STE #2
> FARMINGDALE, NEW YORK, 11735

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Dated: New York, New York
       May 21, 2021

Dustin Grant
Hoguet Newman Regal & Kenney, LLP
One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
Phone: 212-689-8808