UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

BIDSPOTTER, INC.,

Plaintiff,

-against-

KOSTER INDUSTRIES, INC.,

Defendant.

Case No. 2:21-cv-01726 (DG-AKT)

**<u>DECLARATION OF SERVICE</u>**

I, Damian Cavaleri, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. On the 6th day of January 2022, I caused to be sent from One Grand Central Place, 60 East 42nd Street, 48th Floor, New York, NY 10165 by certified U.S. Mail the following: Report and Recommendation issued by Magistrate Judge Lindsay on January 3, 2022.

2. The foregoing documents were sent to the following address, which is the registered business address of defendant Koster Industries Inc.:

    KOSTER INDUSTRIES INC.

    40 DANIEL ST STE #2

    FARMINGDALE, NEW YORK, 11735

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Dated:    New York, New York

          January 7, 2022

HOGUET NEWMAN
REGAL & KENNEY, LLP

_____

Damian R. Cavaleri
One Grand Central Place
60 East 42nd Street, 48th Floor
New York, NY 10165
Phone: 212-689-8808
Fax: 212-689-5101
*Attorney for*
*Plaintiff BidSpotter, Inc.*