UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| BIDSPOTTER, INC., | |
| Plaintiff, | Case No. 2:21-cv-01726 (DG-AKT) |
| -against- | |
| KOSTER INDUSTRIES, INC., | **DECLARATION OF SERVICE** |
| Defendant. | |

I, Lauren Martin, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the following is true and correct to the best of my knowledge:

1. On the 23rd day of February 2022, I caused to be sent from One Grand Central Place, 60 East 42nd Street, 48th Floor, New York, NY 10165 by certified U.S. Mail the following: Memorandum & Order of Judge Diane Gujarati Adopting the Report and Recommendation issued by Magistrate Judge Lindsay dated January 31, 2022, and the Clerk's Judgment, also dated January 31, 2022.

2. The foregoing documents were sent to the following address, which is the registered business address of defendant Koster Industries Inc.:

    KOSTER INDUSTRIES INC.

    40 DANIEL ST STE #2

    FARMINGDALE, NEW YORK, 11735

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge.

Dated: New York, New York

February 28, 2022

                HOGUET NEWMAN
                REGAL & KENNEY, LLP

                _____
                Lauren E. Martin
                One Grand Central Place
                60 East 42nd Street, 48th Floor
                New York, NY 10165
                Phone: 212-689-8808
                Fax: 212-689-5101
                *Attorney for*
                *Plaintiff BidSpotter, Inc.*